IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>IRFAN AYUB CHHIPA<br>        Defendant. | Case No. 1:25-MJ-290 |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Timothy Alley, being duly sworn, depose and state as follows:

1. I am a Deputy United States Marshal (DUSM), and I am currently assigned to the Eastern District of Virginia and detailed to the Capital Area Regional Fugitive Task Force (CARFTF). I have been a DUSM since April 2009. As a DUSM I am authorized to investigate violations of the laws of the United States, and I have been involved with several criminal investigations involving violations of federal law. I am a law enforcement officer with authority to execute arrest and search warrants under the authority of the United States.

2. As a DUSM, I have investigated and assisted in the investigation of violations of federal law including failing to register as a sex offender, possession of a firearm by a prohibited person and escape. While conducting these investigations, I have used many different investigative techniques, including informant and cooperating source handling, conducting physical surveillance, and conducting electronic communications surveillance. I am a certified TASER instructor and have received many hours of tactical instruction regarding breaching and clearing, tactical entries, vehicle maneuvers and basic first aid.  I have assisted federal, state, and

local partners on hundreds of arrest endeavors, within the Eastern District of Virginia and within other judicial districts.

3. This affidavit is submitted in support of a criminal complaint for IRFAN AYUB CHHIPA (hereafter referred to as IRFAN CHHIPA), a person who while on Federal property, exhibited disorderly conduct, and exhibited other conduct on that property that — created a loud or unusual noise or a nuisance, and otherwise impeded and disrupted the performance of official duties by Government employees, in violation of 41 C.F.R § 102–74.390, and who did not comply "with the lawful direction of Federal police officers and authorized individuals" while on Federal property in violation of 41 C.F.R § 102–74.385.

4. As explained more thoroughly below, CHHIPA created a loud or unusual noise and was a nuisance in the sixth-floor courtroom when he shouted during ongoing court proceedings. He continued, for example, to be a nuisance under subsection (a) of 41 C.F.R § 102–74.390 amid repeated instructions to depart by: (1) refusing to leave the courtroom when proceedings had ended; (2) loudly refusing to leave the courthouse and causing other patrons to veer off path to avoid him in the sixth-floor lobby; (3) similarly refusing to leave on the first and second floor despite repeated instructions to depart; and (4) taking a fighting stance in the first floor foyer against a U.S. Marshal after a Designated Security Officer and U.S. Marshal attempted to forcibly remove him. These actions also impeded and disrupted the official duties of government personnel, including courtroom personnel and the U.S. Marshals at the scene.

5. The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation. This affidavit contains information

necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the United States.

### SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

6. On May 7, 2025, at 10:30 A.M., U.S. District Judge Novak held a sentencing hearing for IRFAN CHHIPA's brother, Mohammad Chhipa, in the Albert V. Bryan U.S. Courthouse on the sixth floor. The courthouse is federal property and is under the charge and control of the General Services Administration (GSA), and the courthouse is located in Alexandria, Virginia within the Eastern District of Virginia.

7. IRFAN CHHIPA, along with his other brother, Mohsin Chhipa, attended Mohammad Chhipa's sentencing. During the court proceedings IRFAN CHHIPA shouted in court and made ridiculing remarks. I admonished IRFAN CHHIPA and told him that he would be removed if he continued to interrupt court.

8. At the end of the hearing, I exited the sixth-floor courtroom with Mohammad Chhipa and secured him in the cell behind the courtroom. I returned to the courtroom where the sentencing occurred. IRFAN CHHIPA and Mohsin Chhipa were still present. They were instructed to depart the courtroom because the matter had been completed. Both IRFAN CHHIPA and his brother refused and argued that they were going to stay as long as they liked. They were again directed to depart. They then complied.

9. However, after they exited the sixth-floor courtroom, they told me that they were not leaving. The interaction became heated. CHHIPA and Mohsin were speaking loudly, and one of them began waving his hands. There were several people in the hallway trying to exit, who altered their path to avoid getting too close. During this time, I directed CHHIPA and Mohsin to leave the courthouse because all business had been completed. They then started making their way to the elevators.

10. Along with a Designated Security Officer, I escorted the brothers down the elevators and to the second floor, once again telling them that they needed to depart, that their business was complete, and that they would be arrested if they refused commands.

11. After leaving the elevator, IRFAN CHHIPA and his brother became more aggressive. They said they were not going to leave and began walking away from the exit doors. I again ordered the brothers out of the courthouse and told them that they would be arrested if they didn't depart.

12. Once they made their way down the stairs to the first floor, Mohsin Chhipa turned to the Designed Security Officer and said, "I am not leaving this point. I am going to talk to the media here," while pointing at the ground. I again informed both of the brothers that they needed to leave. Because they were refusing to leave, myself along with the Designated Security Officer, intervened to forcibly remove them from the building.

13. After removing IRFAN CHHIPA past the exit gates, and while still in the foyer of the building, CHHIPA turned around quickly and then faced me, moving his body into a squared fighting stance. I closed the distance and attempted to secure CHHIPA, taking him to the ground. CHHIPA landed on top of me. During the scuffle, I hit my head on the lobby floor.

**CONCLUSION**

14. Based on the foregoing, I submit that there is probable cause to believe that on May 7, 2025, in the U.S. District Courthouse of Alexandria, which is federal property within the Eastern District of Virginia, IRFAN CHHIPA, exhibited disorderly conduct, and exhibited other conduct on that property that created a loud or unusual noise or nuisance, and otherwise impeded and disrupted the performance of official duties by Government employees, in violation of 41 C.F.R § 102–74.390, and did not comply "with the lawful direction of Federal police officers and authorized individuals" while on Federal property in violation of 41 C.F.R § 102–74.385.

Respectfully submitted,

*Timothy Alley*
Timothy Alley
Deputy U.S. Marshal
U.S. Marshals Service

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on May 8, 2025.

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2025.05.08 13:01:58 -04'00'

The Honorable Lindsey R. Vaala
United States Magistrate Judge
Alexandria, Virginia