IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 1:25-MJ-290 |
| | ) | |
| IRFAN AYUB CHHIPA | ) | Honorable Judge Lindsey R. Vaala |
| | ) | |
| | ) | Trial Date: September 4th, 2025 |
| | ) | |
| | ) | |
| | ) | |

## GOVERNMENT'S EXHIBIT LIST

The United States of America, by and through undersigned counsel, hereby submits its list of trial exhibits.

| Exhibit No. | Description | Bates range | Off'd | Adm'd | Notes |
|---|---|---|---|---|---|
| 1 | Sixth-floor Courtroom Demonstrative | | | | |
| 2 | Sixth-floor Courthouse Video: Lobby | | | | |
| 3 | Sixth-floor Courthouse Video: Elevators | | | | |
| 4 | First-floor Personnel Still Image | | | | |
| 5 | Second-floor Elevator Image | | | | |
| 6 | Second-floor Foyer Image | | | | |
| 7 | Second-floor Stairwell Image | | | | |
| 8 | First-floor Lobby Image | | | | |
| 9 | Second-floor Courthouse Video | | | | |
| 10 | Entrance C.F.R Photograph | | | | |

| Exhibit No. | Description | Bates range | Off'd | Adm'd | Notes |
|---|---|---|---|---|---|
| 11 | First-floor Courthouse Stairwell Video | | | | |
| 12 | First-floor Courthouse Lobby Video | | | | |
| 13 | Sixth-floor Lobby Still | | | | |

The government further respectfully requests leave of the Court to file additional exhibits if necessary.

                                    Erik S. Siebert
                                    United States Attorney

By:     /s/
        Nathaniel Lowry
        Special Assistant United States Attorney
        Ronald L. Walutes, Jr.
        Assistant United States Attorney
        Eastern District of Virginia
        Counsel for the United States of America
        United States Attorney's Office
        2100 Jamieson Avenue
        Alexandria, VA 22314
        Tel.: (703) 299-3706
        Fax: (703) 299-3981

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2025, I will electronically file the foregoing with the Clerk of Court using the CM/ECF, which will then send a notification of such filing (NEF) to counsel of record.

By: _____/s/_____
Nathaniel Lowry
Special Assistant United States Attorney